IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

JAMIE HUGHES                                                        PLAINTIFF

        v.                               CIVIL NO. 05-2152

MICHAEL J. ASTRUE, Commissioner
Social Security Administration                                      DEFENDANT

## ORDER

Plaintiff, Jamie L. Hughes, brought this action pursuant to 42 U.S.C. § 405(g), seeking judicial review of a decision of the Commissioner of the Social Security Administration (Commissioner) denying her claims for period of disability and disability insurance benefits (DIB) and supplemental security income (SSI) benefits under the provisions of Titles II and XVI of the Social Security Act (Act).   On September 19, 2006, this Court reversed and remanded plaintiff's case for further consideration pursuant to sentence four.  (Doc. 10).  Plaintiff file a motion for attorney fees on December 7, 2006, and an order granting fees was granted by this Court on February 14, 2007. Plaintiff then appealed this Court's fee award to the United States Court of Appeals for the Eighth Circuit.  The Court of Appeals reversed in part and remanded the case for further proceedings.

In light of the Court of Appeals' opinion, plaintiff is hereby directed to file an affidavit on or before June 3, 2008, explaining how much of the 3.80 hours of time claimed for work performed prior to the date the complaint was filed was actually spent preparing for the filing of the complaint.

IT IS SO ORDERED this 19th day of May 2008.

                                        /s/ J. Marschewski
                                        HON. JAMES R. MARSCHEWSKI
                                        UNITED STATES MAGISTRATE JUDGE